

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00255-CV

**IN THE INTEREST OF A.R.H.**, a Child

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-EM-506396
Honorable Jim Rausch, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice

Delivered and Filed:  June 5, 2013

DISMISSED FOR WANT OF PROSECUTION

On May 1, 2013, this court ordered appellant to provide written proof to this court no later than May 13, 2013 that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. Our order informed appellant that if she failed to provide such written proof within the time provided, this appeal would be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). Appellant did not respond; therefore, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

PER CURIAM